1 | GALIA A. PHILLIPS - #250551
1300 Clay Street, Suite 600
2 | Oakland, CA 94612
Tel.: (415) 269-4553
3 | Fax: (510) 464-8001

4 | Attorney for Defendant
HUAMIN WU MEI

**FILED**

AUG 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6 | GAIL SHIFMAN
Law Offices of Gail Shifman
State Bar No. 147334
7 | 44 Montgomery Street, Suite 3850
San Francisco CA 94104
8 | Tel.: (415) 551.1500
Fax: (415) 551.1502
9 | E-Mail: gail@shifmangroup.com

10 | Attorney for Defendant
YING HEI LAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR10-0565-JSW (EJL) |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| YING HEI LAU,<br>HUAMIN WU MEI, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

495929.01

| | |
|---|---|
| 1 | STIPULATION |

Defendants Huamin Wu Mei ("Mei") and Ying Hei Lau ("Lau") work together with a cabinet business, M and L Building Supply. In order to allow defendants to continue to work, the parties agree that the bond conditions for both Mei and Lau should be modified as follows:

In order to allow defendants to continue to work, the parties agree that the bond conditions for both Ms. Mei and Mr. Lau be modified as follows:

Defendants shall have no contact with any co-defendant outside the presence of counsel except Defendants Mei and Lau may have contact with each other for work purposes only regarding their businesses, M and L Building Supply and Clazz Home Center Inc.

It is so stipulated.

Dated: August 9, 2010

By: /s/
GALIA A. PHILLIPS
Attorney for Defendant
HUAMIN WU MEI

Dated: August 9, 2010

By: /s/
GAIL SHIFMAN
Attorney for Defendant
YING HEI LAU

Dated: August 9, 2010

By: /s/
DEBORAH DOUGLAS
Assistant United States Attorney

| | |
|---|---|
| 1 | [PROPOSED] ORDER |

GOOD CAUSE APPPEARING, the defendants' conditions of release are modified as follows:

Defendants shall have no contact with any co-defendant outside the presence of counsel except Defendants Mei and Lau may have contact with each other for work purposes only regarding their business, M and L Building Supply and Clazz Home Center Inc. In all other respects, this Court's previous order setting conditions of release remains in full force and effect.

IT IS SO ORDERED.

Dated: August 12, 2010

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

495929.01