GAIL SHIFMAN
ATTORNEY AT LAW
601 California Street
Suite 1800
San Francisco, CA 94108
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorney for Defendant
ASIM WAQAR

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-0565 JSW (EDL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDTIONS OF PRETRIAL RELEASE AND AUTHORIZING TRAVEL |
| v. | |
| YING HEI LAU, | |
| Defendant. | |

Upon being advised that the Defendant has been complying with his conditions of Pretrial Release and that his Pretrial Services officer has no objection, the parties hereby stipulate that the conditions of release shall be modified in the following manner to permit travel by the Defendant:

1. Defendant shall be permitted to travel to Hong Kong, China on January 13, 2013 and return on January 20, 2013 where he will stay with and visit his aged mother. Prior

to departure, Defendant shall provide Pretrial Services
with his travel itinerary including the address and
telephone number where he will be staying. Defendant
shall not travel outside of Hong Kong, China prior to his
return to the Bay Area.

2. Defendant shall comply with all other conditions of
release while in Hong Kong, China.

3. In order to facilitate Defendant's travel by air
consistent with TSA regulations, Pretrial Services shall
temporarily return Defendant's passport to Defendant to
travel to Hong Kong. Defendant shall return his passport
to the custody of Pretrial Services within 24 hours of
his return to the Bay Area subject to business hours or
further instructions of Pretrial Services.

Dated: December 10, 2012          Dated: December 10, 2012


       /s/                              /s/
_____    _____
GAIL SHIFMAN                     DEBORAH DOUGLAS
Attorney for Defendant           Assistant U.S. Attorney

1          [~~PROPOSED~~]   ORDER

2          This matter having come before the Court upon the

3    stipulation of the parties, and the Court being advised,

4          IT IS ORDERED that the conditions of pretrial release shall

5    be modified in the following manner:

6          1. Defendant shall be permitted to travel to Hong Kong,

7             China on January 13, 2013 and return on January 20, 2013

8             where he will stay with and visit his aged mother.  Prior

9             to departure, Defendant shall provide Pretrial Services

10            with his travel itinerary including the address and

11            telephone number where he will be staying. Defendant

12            shall not travel outside of Hong Kong, China prior to his

13            return to the Bay Area.

14         2. Defendant shall comply with all other conditions of

15            release while in Hong Kong, China.

16         3. In order to facilitate Defendant's travel by air

17            consistent with TSA regulations, Pretrial Services shall

18            temporarily return Defendant's passport to Defendant to

19            travel to Hong Kong.  Defendant shall return his passport

20            to the custody of Pretrial Services within 24 hours of

21            his return to the Bay Area subject to business hours or

22            further instructions of Pretrial Services.

Dated: December __11__, 2012

UNITED STATES MAGISTRATE JUDGE